[No. 2394–2. Division Two. June 7, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. STERLING G.
HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 4571, D. J. Cunningham, J., entered May 3,

1976. *Remanded with instructions* by unpublished per curiam opinion.